Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

|  |  |  |
|---|---|---|
|  |  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | JOHN J. ZAPPILE, JR. | |
|  |  | CHAPTER: 13 CASE NO: 24-10069 (JNP) HEARING DATE: |
|  |  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

        Santander Consumer USA Inc. enters its appearance and the law firm of Eisenberg Gold

& Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for

Santander Consumer USA Inc. with regard to all matters and proceedings in the above captioned

case, showing counsel's name, office address and telephone number as follows:

        Eisenberg Gold & Agrawal, P.C.
        1040 Kings Hwy N #200
        Cherry Hill, NJ 08034
        (856) 330-6200

        Santander Consumer USA Inc, hereby requests that all notices required to be given under

Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request,

would be provided only to committees appointed pursuant to the Bankruptcy Code or their

authorized agents, be given to Santander Consumer USA Inc. by due service upon its undersigned

attorneys at the address stated above and also to it at the following address:

Santander Consumer USA Inc.
2860Patton Rd
Roseville, MN  55113


      Santander Consumer USA Inc. pursuant to Fed R Bankr P 3017(a), further requests that

all plans and disclosure statements filed herein by any party be duly served upon it and its

undersigned attorneys.


            /s/ William E. Craig
            William E. Craig, Esquire
            Attorney for Santander Consumer USA Inc.
            dba Chrysler Capital


Dated:  3/15/24