UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                   CASE NO.: 24-10069-JNP
                                                                                                         CHAPTER 13

**John J. Zappile, Jr.,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DLJ MORTGAGE CAPITAL, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Authorized Agent for Secured Creditor
                                                   130 Clinton Rd #202
                                                   Fairfield, NJ 07004
                                                   Telephone: 470-321-7112

                                                   By: <u>/s/Kimberly Wilson</u>
                                                          Kimberly Wilson
                                                          Email: kimwilson@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOHN J. ZAPPILE, JR.
113 IRIS DRIVE
EGG HARBOR TOWNSHIP, NJ 08234

And via electronic mail to:

MARK S. CHERRY, ESQ.
385 KINGS HIGHWAY NORTH, SUITE 101
CHERRY HILL, NJ 08034

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38
SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill